Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DANIEL HERNANDEZ OLVERA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HERNANDEZ OLVERA </br></br> Plaintiff, </br></br> v. </br></br> CAROLYN W. COLVIN, Acting Commissioner of Social Security. </br></br> Defendant. | Case No.: 1:16-cv-00646-JLT </br></br> STIPULATION TO EXTEND TIME TO FILE Opening Brief </br></br> (Doc. 13) |

Plaintiff Daniel Hernandez Olvera and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 45 days from December 22, 2016 to February 5, 2017 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

1

2  request for an extension. This request is made at the request of Plaintiff's counsel

3  to allow additional time to fully research the issues presented.

4  DATE: December 13, 2016                    Respectfully submitted,

5                                      LAWRENCE D. ROHLFING

6                                           /s/ *Brian C. Shapiro*
                          BY: _____
7                                Brian C. Shapiro

8                                Attorney for plaintiff  Daniel Hernandez Olvera

9

10 DATE:  December 13, 2016
                                    PHILLIP A. TALBET
11                                  *United States Attorney*
                          Assistant United States Attorney
12

13
                                    /s/ *Sundeep Patel*
14                        BY: _____
                                Sundeep Patel
15                              Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
16                              |*authorized by e-mail|

17

18
   IT IS SO ORDERED.
19
       Dated:  **December 19, 2016**              **/s/ Jennifer L. Thurston**
20                                                UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26